IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | |
|---|---|
| SONROB HOSTS, LLC, an Arkansas Corporation d/b/a LOOKOUT LODGE | PLAINTIFF |
| v.  Case No. 3:11-CV-03094 | |
| LAFAYETTE INSURANCE COMPANY, a Louisiana Corporation | DEFENDANT/COUNTER CLAIMANT |
| v. | |
| ROBERT AND SONJA SCHMID, Husband and Wife; SONROB HOSTS, LLC, an Arkansas Corporation | COUNTER DEFENDANTS |

## ORDER

The parties have informed the Court that they have reached an agreement regarding the damages awarded to Sonrob Hosts, LLC pursuant to the Court's Memorandum Opinion filed October 26, 2012 and the Judgment filed that same date. As a result, Plaintiff moves the Court to withdraw its previously filed Motion for Attorney's Fees (Doc. 49). The Court finds that such Motion (contained in Doc. 51) should be, and hereby is, GRANTED. Plaintiff's Motion for Attorney's Fees (Doc. 49) is TERMINATED AS WITHDRAWN.

Although the Court had contemplated entering an amended judgment to award specific amounts for fees, costs, and interest, due to the parties' agreement no amended judgment is necessary, and the Court's previous Judgment of October 26, 2012, stands as entered.

IT IS SO ORDERED this 15th day of November, 2012.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE